IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANIELLEE L. JOURNEY,  §<br>   *Plaintiff*, §<br>§<br>v. §<br>§<br>§<br>TEXAS HEALTH AND HUMAN §<br>SERVICES COMMISSION, §<br>   *Defendant*. § | Civil Action No.: 3:18-cv-00512-N |

**ORDER GRANTING
PLAINTIFF'S JOURNEY'S MOTION FOR CONTINUANCE**

Before the Court is *Plaintiff Journey's Motion for Continuance* ("Motion"), filed by the Plaintiff. The Court determines that the relief requested in the Motion is meritorious. Accordingly, it is ORDERED that this action shall be taken off the January 27, 2020 trial docket. The Court will enter a new trial setting via separate order.

Signed January __, 2020.

_____
David C. Godbey
United States District Judge